# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Lynn Nelson* ) | **CASE NO. CV 10-6841-GHK (DTBx)** |
| **Plaintiff,** ) | **JUDGMENT** |
| **v.** ) | |
| *Citibank (South Dakota) NA, et al.* ) | |
| **Defendants.** ) | |

Pursuant to the Court's May 5, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Lynn Nelson's ("Plaintiff") federal law claims are **DISMISSED with prejudice** and his state law claims are hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: May 5, 2011

_____
GEORGE H. KING
United States District Judge